GARRICK S. LEW (SBN 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588

Attorney for Defendant
**Steven Newton**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN NEWTON,<br><br>Defendant. | CR 05-00208 CRB<br><br>~~PROPOSED~~ ORDER<br><br><br><br>Date: October 4, 2006<br>Time: 2:15 p.m.<br>Courtroom: Hon. Charles R. Breyer |

    Good cause appearing and upon motion of the Defendant, it is hereby ordered that the Court excuses Defendant Steven Newton's personal appearance at the hearing on Defendant Newton's pre-trial motions scheduled for October 4, 2006 at 2:15 p.m.

DATED: September 25, 2006

*Denied - Court will authorize travel v persons*

_____
United States Distict Judge

1