GARRICK S. LEW (SBN 61889)
LAW OFFICE OF GARRICK S. LEW
600 Townsend Street, Suite 329E
San Francisco, CA 94103
Telephone: (415) 575-3588

Attorney for Defendant
**Steven Newton**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR 05-00208 CRB |
| ) | |
| Plaintiff, ) | PROPOSED ORDER |
| ) | |
| vs. ) | |
| ) | |
| STEVEN NEWTON, ) | Date: September 28, 2006 |
| ) | Time: 11:00 a.m. |
| Defendant. ) | Courtroom: Hon. James Larson, Magistrate |
| _____ ) | |

  Good cause appearing and upon motion of the Defendant, it is hereby ordered that the Court excuses Defendant Steven Newton's personal appearance at the hearing on Defendant Newton's pre-trial motions scheduled for September 28, 2006 at 11:00 a.m.

DATED: 9/25/06 _____

IT IS SO ORDERED

Judge James Larson

1