1
2
3
4
5
6
7

**FILED**

APR 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8
9
10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11
12

UNITED STATES OF AMERICA,

Plaintiff,

v.

VNCI Inc. *et. al.*,
Defendant.

No. CR 05-00208 CRB

**ORDER AUTHORIZING PAYMENT OF
COSTS FOR DEFENDANT'S TRAVEL
TO ATTEND COURT PROCEEDINGS**

**[18 U.S.C. ¶4285]**

~~[CJA CONFIDENTIAL FILE]~~

13
14
15
16
17
18

19        On motion by defendant Steven Newton, by and through his counsel Garrick S. Lew, made

20    pursuant to 18 U.S.C. ¶4285 and good cause appearing,

21        IT IS HEREBY ORDERED that the costs associated with defendant's non-custodial travel to

22    the Northern District of California for the purposes of attending court proceedings in this case shall

23    be paid by the United States Marshal. The Court has appointed counsel for defendant pursuant to the

24    Criminal Justice Act and is satisfied that the defendant is financially unable to pay the costs

25    associated with traveling to and from this judicial district for court appearances and the defendant's

26    attendance is required by the Court.

27        IT IS FURTHER ORDERED that the United States Marshal furnish the defendant with the

28    airfare, ticketing or other travel expenses as necessary for the defendant to travel from Los Angeles,

1   California to this judicial district and for return travel and furnish the defendant with per diem

2   expenses for one day, in the amount specified in 5 U.S.C. ¶ 5702(a). Travel to this judicial district

3   shall be provided on the morning of April 20, 2007 for timely appearance at this Court for change of

4   defendant's plea at 2:00 PM and return travel shall be provided on the evening of that same date.

5         IT IS FURTHER ORDERED that this Order shall apply to costs associated with the

6   defendant's attendance at hearings before The Honorable Charles R. Breyer on April 20, 2007 at 2:00

7   PM.

8

9   Dated: April 13, 2007

10

11

12                                 Charles R. Breyer
                                   U.S. DISTRICT COURT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2